# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

MARSHALL-EDWARD: MIKELS, et al.,   No. 2:12-CV-1312-JAM-CMK

    Plaintiff,

  vs.   ORDER

ING BANK, FSB, et al.,

    Defendants.

_____ /

    Plaintiffs, proceeding pro se, bring this civil action against several defendants. Pending before the court is plaintiffs' motion for a second continuance of defendant Ing Bank's motion to dismiss. Plaintiffs' first motion for continuance was granted, over defendant's objections, and plaintiffs were provided additional time to file an opposition to the motion and a later hearing date. Plaintiffs now request a second continuance of the hearing, and additional time in which to respond. In addition, several other defendants have since filed motions to dismiss which are now also pending. Those motions were set for hearing October 17, 2012. The hearing was continued for the court to address plaintiffs' motion to disqualify, which has now been resolved. No opposition has been filed as to any of the motions to dismiss.

///

1

1          Plaintiffs' second request for continuance is simply based on plaintiffs' disagreement with the court imposed deadline for filing of an opposition.  Plaintiffs cite Local Rule 230(c) which provides that an opposition to a motion is to be filed fourteen days prior to the hearing.  The court acknowledges that Local Rule, and without a court order setting a different deadline, agrees that is the time-frame for an opposition to be filed.  However, plaintiffs fail to take into consideration that the court may set alternative deadlines as deemed necessary.  <u>See</u> Local Rule 102(d).  Here, the court provided plaintiff with a specific deadline by which to file their opposition to the motion to dismiss.  They failed to do so.  Instead, they filed their second request for continuance on the day their opposition was due.   Such last minute requests are disfavored by the court. Especially those, as was filed here, which provide no justification for such a continuance.  The court accommodated plaintiff's out of town travel in continuing the original hearing date.  Plaintiff simply failed to read the court's order to determine the new deadline for the opposition, which is clear from his motion where he states he assumed the new deadline based on the new hearing date.  However, the court specifically set forth a deadline for plaintiffs to file an opposition of September 6, 2012.

          Plaintiffs provide no good cause why they were unable to file an opposition in a timely fashion.  The first request for additional time was granted, and they failed to follow the court's order as to the new deadline.  Similarly, no reason was provided at all for failing to file an opposition to the other pending motions to dismiss.  The hearing on the other motions was set for October 17, 2012, providing a deadline for filing an opposition of October 3, 2012.  No opposition has been filed.

          The local rules specifically provide that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if opposition to the motion has not been timely filed by that party." Local Rule 230(c).  In addition, the court has the discretion to remove from calendar any motion, and have the matter submitted on the record and briefs without oral argument.  Local Rule 230(g).

1   Based on plaintiffs' failure to file a timely opposition to any of the motions, and
2 the court's determination that the matter can be resolved on the record and briefs without the
3 need for oral arguments, the hearing on the pending motions will be taken off calendar and the
4 matters submitted on the record and briefs.  If the court determines at a later date that oral
5 arguments are necessary, a new hearing will be set.
6   Accordingly, IT IS HEREBY ORDERED that:
7   1.  Plaintiffs' motion for extension of time (Doc. 49) is denied; and
8   2.  The hearing scheduled for November 14, 2012, at 10:00 a.m., before the
9 undersigned in Redding, California, is taken off calendar and the matters are submitted on the
10 record and briefs without oral argument.

DATED:  October 19, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE