IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL-EDWARD: MIKELS, et al., | No. 2:12-CV-1312-JAM-CMK |
| Plaintiff, | |
| vs. | ORDER |
| ING BANK, FSB, et al., | |
| Defendants. | |
| _____ / | |

Plaintiffs, proceeding in propria persona, bring this civil action. Pending before the court is a motion for reconsideration (Doc. 70) of the Magistrate Judge's October 22, 2012, order (Doc. 65).

Pursuant to Eastern District of California Local Rule 303(f), a Magistrate Judge's order shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the Magistrate Judge's ruling was clearly erroneous or contrary to law. The October 22, 2012, order is, therefore, affirmed.

Accordingly, IT IS HEREBY ORDERED that:

1. The motion for reconsideration (Doc. 70) is denied;

2. The Magistrate Judge's October 22, 2012, order is affirmed; and

1

3. No further motions for reconsideration of this order will be considered.

DATED: November 28, 2012

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE